**BERKOWITZ, LICHTSTEIN, KURITSKY,**
**GIASULLO & GROSS, LLC**
Roy J. Thibodaux III – NJ Attorney ID No. 21682005
75 Livingston Avenue
Roseland, New Jersey 07068
Tel.: (973) 325-7800
Fax: (973) 325-7930
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OKRA HOLDINGS INC. and GOLDFINGER INC., Plaintiffs, v. H. BETTI INDUSTRIES, INC. d/b/a BETSON IMPERIAL PARTS & SERVICE and RICHARD ZAYAS-BAZAN, Defendants. | Civil Action No.: 2:26-cv-3726 **DEFENDANTS' NOTICE OF MOTION FOR DISMISSAL OF CERTAIN ENUMERATED COUNTS OF PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO: Alexander Callo, Esq.
William C. Baton, Esq.
Matthew Kohel, Esq.
Saul Ewing
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that on **December 21, 2026 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, defendants H. Betti Industries, Inc. d/b/a Betson Imperial Parts & Service and Richard Zayas-Bazan (“Defendants”) shall appear before the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey, for an Order dismissing Counts X, XI, XII, XIV and XV of Plaintiffs’ Complaint as to defendant H. Betti Industries, Inc. and Counts XIII and XV of Plaintiffs’ Complaint as to individual defendant Richard Zayas-Bayan.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, defendants shall

rely upon the accompanying brief.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also being submitted herewith.

**BERKOWITZ, LICHTSTEIN,**
**KURITSKY, GIASULLO & GROSS, L.L.C.**
Attorneys for Defendants

Dated: October 21, 2026

By: /s/ Roy J. Thibodaux III
Roy J. Thibodaux III, Esq.
75 Livingston Avenue,
Roseland, New Jersey 07068
(973) 325-7800
rthibodaux@blkgg.com